IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02696-BNB

THERESA L. DOWLING,

    Plaintiff,

v.

BLACK AND McDONALD/CUSTOM LIGHTING SERVICES,

    Defendant.

## ORDER ASSIGNING CASE

On completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, it appears that this case is not appropriate for summary dismissal. Therefore, this case is being assigned to District Judge Robert E. Blackburn, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Kathleen M. Tafoya. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to District Judge Robert E. Blackburn, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

DATED November 1, 2011, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge