IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02696–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

BLACK AND MCDONALD/CUSTOM LIGHTING SERVICES,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion Seeking Leave to File Sealed Documents." (Doc. No. 41, filed May 8, 2012.) On April 20, 2012, the court directed the Clerk of Court to restrict access to Plaintiff's "Sealed and Confidential Conventional Submission #2 – Testimony and Affidavit" (Doc. No. 31-2) and directed Plaintiff to file an appropriate motion to restrict access to this document, consistent with D.C.COLO.LCivR 7.2B, no later than April 30, 2012. On May 1, 2012, the court extended the time for Plaintiff to file an appropriate motion to restrict to May 8, 2012. (*See* Minute Order, Doc. No. 38.)

Plaintiff's present Motion appears to be an attempt to comply with the court's April 20, 2012 Minute Order. However, Plaintiff's Motion does not address any of the Local Rule 7.2B factors, nor does it otherwise explain why it is necessary to restrict access to her "Sealed and Confidential Conventional Submission." Accordingly, Plaintiff's "Motion Seeking Leave to File Sealed Documents" (Doc. No. 41) is DENIED. The Clerk of Court is directed to un-restrict Plaintiff's "Sealed and Confidential Conventional Submission #2 – Testimony and Affidavit" (Doc. No. 31-2).

Dated: May 9, 2012