IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02696–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

BLACK AND MCDONALD/CUSTOM LIGHTING SERVICES,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Notice and Motion to Clarify" (Doc. No. 54, filed May 21, 2012) is GRANTED in part. The court has conferred with the Clerk of Court and has confirmed that, even though no such prohibition is contained in the Electronic Case Filing Procedures for the District of Colorado (Civil Cases), non-prisoner *pro se* parties approved to participate in Electronic Case Filing (ECF) are not permitted to restrict access to documents filed via ECF. Rather, non-prisoner *pro se* parties must file restricted documents in paper.

In light of this confusion, Plaintiff is granted one final extension of time, up to and including June 8, 2012, to resubmit the conventionally submitted materials attached to her previously stricken Response to the Order to Show Cause. (*See* Doc. Nos. 32 & 33.) Plaintiff has previously indicated that she intends to file these document under restriction; she may do so by filing them in paper with the Clerk's Office. However, Plaintiff must contemporaneously file an appropriate motion to restrict access to these documents that fully complies with D.C.COLO.LCivR 7.2. If such a motion to restrict is filed, court staff will scan these documents and upload them into ECF at the appropriate restriction level. On the other hand, if Plaintiff has determined that access to these documents should not be restricted, she shall filed them electronically via ECF.

Dated: May 30, 2012