IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02696–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

BLACK AND MCDONALD/CUSTOM LIGHTING SERVICES,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Clarify the Term 'Press of Business' and Motion for an Extension of Two Weeks" (Doc. No. 73, filed July 2, 2012) is GRANTED in part and DENIED in part. Plaintiff's Motion is DENIED to the extent it seeks to have the court clarify the term "press of business." The court cannot act as an advocate for a *pro se* party or issue advisory opinions as to the interpretation or import of the rules and standards governing practice in federal court.

Plaintiff's Motion is GRANTED <u>in part</u> to the extent that it seeks an extension of time to respond to "Defendant's Response to Plaintiff's Response to Order to Show Cause." (Doc. No. 63, filed June 13, 2012.) Plaintiff may file a reply to Defendant's Response no later than July 19, 2012.

Dated: July 12, 2012