IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02696–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

BLACK AND MCDONALD/CUSTOM LIGHTING SERVICES,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion Seeking Leave to Submit Late Filing" (Doc. No. 78, filed July 13, 2012) is DENIED. It appears that Plaintiff is attempting to respond to the court's June 29, 2012 Minute Order denying her previous Motion Seeking Leave to File Restrict Documents – Level #3 (Doc. No. 70) by submitting an untimely motion to restrict access to her "Conventional Level #3 Resricted [sic] Submission Directed to the District Judge/Motion for Leave to File Level Three Restricted Documents" (Doc. No. 68, filed June 27, 2012). However, Plaintiff has not attached any "late filing" to her Motion, nor does the Motion itself address the relevant factors governing restricting access to court filings. *See* D.C.COLO.LCivR 7.2B. Accordingly, the Clerk of Court is directed to unrestrict Plaintiff's "Conventional Level #3 Resricted [sic] Submission Directed to the District Judge/Motion for Leave to File Level Three Restricted Documents" (Doc No. 68).

Dated: July 17, 2012