**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02696-REB-KMT

THERESA L. DOWLING,

    Plaintiff,

v.

BLACK AND McDONALD/CUSTOM LIGHTING SERVICES,

    Defendant.

---

**FINAL JUDGMENT**

---

    This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Overruling Objections to and Adopting Recommendation of the United States Magistrate Judge** [#85] entered by Judge Robert E. Blackburn on February 25, 2013, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That claims of the plaintiff are **DISMISSED WITH PREJUDICE** as a sanction for the unexcused failure to prosecute and failure to comply with the orders of the court;

    2.  That **JUDGMENT IS ENTERED** in favor of the defendant, Black and McDonald / Custom Lighting Services, against the plaintiff, Theresa L. Dowling, on all claims for relief and causes of action asserted in this case;

    3.  That under 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from the recommendation [#84] and the order would not be taken in good faith and, therefore, any appeal from the recommendation and the order may not be taken *in forma pauperis*;

    4.  That if the plaintiff files a notice of appeal, she must pay the full $455.00

appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit; and

    5.  That defendant is **AWARDED** its costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado, this ____27th____ day of February 2013.

                                     BY THE COURT:
                                     JEFFREY P. COLWELL, CLERK

                                     By: s/ Edward P. Butler
                                     Edward P. Butler, Deputy Clerk